IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM SPRING | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SEALED AIR CORP. | : | |
| d/b/a CRYOVAC, INC. | : | NO. 10-4655 |

<u>ORDER</u>

AND NOW, this 21st day of September, 2011 upon consideration of the defendant's Motion for Summary Judgment (Docket No. 34), the plaintiff's Response to Defendant's Motion for Summary Judgment (Docket No. 46), and following oral argument held on August 31, 2011, IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that the motion is GRANTED. Judgment is hereby ENTERED in favor of the above-named defendant and against the plaintiff. This case is closed.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.